UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 12-109-HRW

GLENN D. ODOM, II,                                                                    PLAINTIFF,

V.

## MAGISTRATE JUDGE'S REPORT
## AND RECOMMENDATION

GARY BECKSTROM, et al.,                                                        DEFENDANTS.

**** ***** ****

This matter is before the Court on the Plaintiff's *pro se* Motion for Summary Judgment. [R. 59]. While the Plaintiff initiated this proceedings *pro se*, during the course of litigation, he has retained Tracy A. Davis as counsel. Prior to obtaining counsel, the Court instructed the Plaintiff that in the event he chose to retain counsel, he should cease his *pro se* filings. [R. 52]. The Plaintiff must file any motions, through counsel. As such, the pending motion for summary judgment should be denied.

Accordingly, having considered the matter fully, and for the reasons stated herein,

IT IS HEREBY RECOMMENDED that the Plaintiff's Motion for Summary Judgment [R. 59] be DENIED WITHOUT PREJUDICE.

The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Report and Recommendation. Specific objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. United States v. Campbell, 261 F.3d 628, 632 (6th Cir. 2001); Thomas v. Ann, 728 F.2d 813, 815 (6th Cir. 1984). General objections or objections that require a judge's interpretation are insufficient to preserve the

right to appeal. <u>Cowherd v. Million</u>, 380 F.3d 909, 912 (6th Cir. 2004); <u>Miller V. Currie</u>, 50 F.3d 373, 380 (6th Cir. 1995).

Signed March 13, 2014.

Signed By:

_Edward B. Atkins_   $\mathcal{E}\beta\mathcal{A}$

**United States Magistrate Judge**