# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 12-109-HRW

GLENN D. ODOM, II,                                                PLAINTIFF,

v.                                    **ORDER**

GARY BECKSTROM, *et al.*,                                DEFENDANTS.

This matter is before the Court upon Plaintiff's Motion Summary Judgment [Docket No. 59]. The motion was submitted to United States Magistrate Edward B. Atkins for Report and Recommendation.

Magistrate Judge Atkins recommends that the motion be overruled [Docket No. 60].

Plaintiff has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [Docket No. ] 60 is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Plaintiff's Motion Summary Judgment [Docket No. 59] be

**OVERRULED WITHOUT PREJUDICE.**

This 7th day of April, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge