UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 12-109-HRW

GLENN D. ODOM, II,                                                                               PLAINTIFF,

v.                                              ORDER

GARY BECKSTROM, *et al.*,                                                                DEFENDANTS.

This matter is before the Court upon Plaintiff's Motion for Leave to Appeal *In Forma Pauperis*. [Rs. 81, 82]. The matter was referred to United States Magistrate Edward B. Atkins pursuant to 28 U.S.C. § 636(b)(1)(B). to [R. 32].

Magistrate Judge Atkins recommends that the motion be overruled [R. 85].

Plaintiff has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [R. 85] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* [Rs. 81, 82] be **OVERRULED**;

(3) The Court finds that any appeal sought would not be in good faith.

This 13th day of January, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
United States District Judge