UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 0:12-109-HRW

GLENN D. ODOM, II,                                                                                           PLAINTIFF,

V.                         RECOMMENDED DISPOSITION

JOSEPH MEKO, et al.,                                                                                      DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

Plaintiff, Glenn D. Odom, *pro se*, filed a 42 U.S.C. § 1983 civil action against several Defendants, including Michelle Isgrigg and Faith Webster. [R. 13]. On January 13, 2015, United States District Judge Henry R. Wilhoit adopted the undersigned's Report and Recommendations [R. 90] and granted summary judgment in favor of Defendants Jerry Barker, Jacob Blanton, Timothy Dennis, Wally Hitch, Derrek Stidham and Micahel Whisman against Plaintiff. [Rs. 90, 91]. Thereafter, Plaintiff filed a notice of appeal [R. 92]. Presently before the Court is the Plaintiff's Motion for Leave to Appeal *In Forma Pauperis*. [R. 93 ]. This matter has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B). [R. 32]. For the reasons set forth below, it is recommended that the Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* be DENIED.

Pursuant to 28 U.S.C. § 1915(a)(3), an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith. In this case, on January 13, 2015, the trial court certified in writing that any appeal sought would not be taken in good faith. [Rs. 90, 91].

Accordingly, for the reasons stated above, it is RECOMMENDED that the Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* [R. ] be DENIED. The parties are directed to 28 U.S.C. § 636(b)(1) for a review of appeal rights governing this Report and Recommendation. Specific

objections to this Report and Recommendation must be filed within fourteen (14) days from the date of service thereof or further appeal is waived. United States v. Campbell, 261 F.3d 628, 632 (6th Cir. 2001); Thomas v. Ann, 728 F.2d 813, 815 (6th Cir. 1984). General objections or objections that require a judge's interpretation are insufficient to preserve the right to appeal. Cowherd v. Million, 380 F.3d 909, 912 (6th Cir. 2004); Miller V. Currie, 50 F.3d 373, 380 (6th Cir.1995).

Signed February 23, 2015.

Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge