UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 12-109-HRW

GLENN D. ODOM, II,                                                                              PLAINTIFF,

v.                                                        ORDER

JOSEPH MEKO, *et al.*,                                                                        DEFENDANTS.

This matter is before the Court upon Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* [Docket No. 93]. The motion was submitted to United States Magistrate Edward B. Atkins for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

Magistrate Judge Atkins recommends that the motion be denied [Docket No. 95].

Plaintiff objects to the Magistrate's recommendation, contending that his finding is "an abuse of discretion" and that he "has grounds for appeal" []Docket No. 95]. However, after carefully considering the record, the Court finds the Report and Recommendation well taken and shall adopt the same as and for the Court's own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 95] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* [Docket No. 93] be **OVERRULED**.

This 16th day of June, 2015.



Signed By:
*Henry R. Wilholt, Jr.*
**United States District Judge**